GRAVES LAW OFFICE, P.C.
Philip J. Graves, Esq. (SBN 153441)
pgraves@graveslawpc.com
Marjorie A. Witter, Esq. (SBN 250061)
mwitter@graveslawpc.com
Adrian Li, Esq. (SBN 261995)
ali@graveslawpc.com
12121 Wilshire Blvd., Suite 775
Los Angeles, California 90025
Telephone: (310) 295-6500
Facsimile: (310) 295-6501

Attorneys for Defendant and Counterclaimant
STAMPS.COM INC.

GREGORY A. LONG, Cal. Bar No. 57642
E-mail: glong@sheppardmullin.com
DENNIS J. SMITH, Cal. Bar No. 233842
E-mail: djsmith@sheppardmullin.com
DANIEL C. MUNIZ, Cal. Bar No. 240477
E-mail: dmuniz@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
     Including Professional Corporations
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone: (213) 620-1780
Facsimile: (213) 620-1398

Attorneys for Plaintiff and Counterdefendant
PSI SYSTEMS. INC.

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PSI SYSTEMS, INC., a corporation,<br><br>        Plaintiff and<br>        Counterdefendant,<br><br>  v.<br><br>STAMPS.COM INC., a corporation,<br><br>        Defendant and<br>        Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. SACV08-5233 ODW(CTx)<br><br>**STIPULATION TO CONTINUE DEADLINES SET IN THE COURT'S MAY 8, 2009 ORDER** |

1  WHEREAS the Court issued on May 8, 2009 an Order Continuing Deadlines Set in the Court's January 6, 2009 Order (the "May 8 Order");

WHEREAS PSI Systems, Inc. ("PSI") and Stamps.com Inc. ("Stamps.com," and together with PSI, the "Parties") believe that it would be most efficient to focus their efforts and resources on *Stamps.com Inc. v. Endicia, Inc. et al.*, CV06-7499 ODW(CTx), a separate patent litigation matter involving the same Parties that is currently pending before this Court;

WHEREAS the Parties wish to continue all the deadlines in the May 8 Order by eight weeks;

THEREFORE, the Parties, through their counsel of record, hereby STIPULATE and request that the deadlines set in the May 8 Order be continued by eight weeks, as follows:

| Deadline/Hearing | Old Deadline | New Deadline |
|---|---|---|
| Markman Hearing | November 18, 2009 at 1:30 p.m. | **January 27, 2010 at 1:30 p.m.** |
| Deadline for parties to exchange list of claim terms | July 15, 2009 | **September 9, 2009** |
| Deadline for parties to exchange proposed claim constructions | August 3, 2009 | **September 28, 2009** |
| Deadline to file opening claim construction briefs | September 14, 2009 | **November 9, 2009** |
| Deadline to file opposing claim construction briefs | October 5, 2009 | **November 30, 2009** |
| Deadline to file reply claim construction briefs | October 26, 2009 | **December 23, 2009** |

1

**STIPULATION TO CONTINUE DEADLINES SET IN THE COURT'S MAY 8, 2009 ORDER**

1    IT IS SO STIPULATED.

2

3  DATED: July 13, 2009                    GRAVES LAW OFFICE, P.C.
                                           /s/Philip J. Graves
4                                          Philip J. Graves
5                                          Marjorie A. Witter
                                           Adrian Li
6                                          Attorneys for Defendant and
7                                          Counterclaimant
                                           STAMPS.COM INC.
8

9
   DATED: July 13, 2009                    SHEPPARD, MULLIN, RICHTER &
10                                         HAMPTON LLP
11                                         /s/ *Gregory A. Long*
                                           Gregory A. Long
12                                         Dennis J. Smith
13                                         Daniel C. Muniz
                                           Attorneys for Plaintiff
14                                         PSI SYSTEMS, INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

2

**STIPULATION TO CONTINUE DEADLINES SET IN THE COURT'S MAY 8, 2009 ORDER**

# **PROOF OF SERVICE**

I am over the age of eighteen years and not a party to this action. My business address is Graves Law Office, P.C., 12121 Wilshire Boulevard, Suite 775, Los Angeles, California 90025.

On July 13, 2009, I served the following document entitled

**STIPULATION TO CONTINUE DEADLINES SET IN THE COURT'S MAY 8, 2009 ORDER**

on all interested parties to this action in the manner prescribed as follows:

*Attorneys for Plainitff/Counterdefendants*
**PSI SYSTEMS, INC.**
Gregory A. Long. Esq.
Gary A. Clark, Esq.
Dennis J. Smith, Esq.
Daniel C. Muniz, Esq.
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
333 South Hope Street, 48th Floor
Los Angeles, California 90071

__X__ **CM/ECF**: I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing, which transmits a Notice of Electronic Filing to the CM/ECF registrants listed above.

_____ **MAIL:** I placed true and correct copies of the document(s) in sealed envelope(s) addressed to the above addressee(s). I am readily familiar with Graves Law Office, P.C.'s practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

_____ **FAX:** I caused the within document to be transmitted via facsimile transmission to the above addressee(s) at the above facsimile numbers before 5;00 p.m. on the above date.

_____ **EMAIL:** I transmitted true copies of the within document (without exhibits) electronically by means of email to the above addressee(s) at the above email address(es).

_____ **HAND:** I caused the within document to be hand-delivered to the above addressee(s) at the above address(es).

_____ **FEDEX:** I caused the within document to be delivered by Federal Express addressee(s) at the above address(es).

I declare that I am employed by a member of the bar at whose direction such service was made.

Executed on July 13, 2009, at Los Angeles, California.

/s/ Tara Mendez
Tara Mendez