GREGORY A. LONG, Cal. Bar No. 57642
E-mail: glong@sheppardmullin.com
DENNIS J. SMITH, Cal. Bar No. 233842
E-mail: djsmith@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone: (213) 620-1780
Facsimile: (213) 620-1398

Attorneys for Plaintiff and Counterdefendant
PSI SYSTEMS. INC.

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PSI SYSTEMS, INC., a corporation,<br><br>　　　　Plaintiff and<br>　　　　Counterdefendant,<br><br>　　v.<br><br>STAMPS.COM INC., a corporation,<br><br>　　　　Defendant and<br>　　　　Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. SACV08-5233 ODW(CTx)<br><br>PLAINTIFF PSI SYSTEMS, INC.'S STATEMENT IN LIGHT OF DEFENDANT STAMPS.COM INC.'S *EX PARTE* APPLICATION FOR AN ORDER STAYING LITIGATION PENDING OUTCOME OF PREVIOUSLY FILED CASE<br><br><u>Hearing</u>:  none set |

-1-

1  In light of this Court's admonition that "NO FURTHER
2  EXTENSIONS WILL BE GRANTED," in the September 9, 2009 ORDER upon
3  Stipulation (Docket No. 37), PSI Systems, Inc. assumes that no response to
4  Stamps.com's *ex parte* application is required.

6  Dated:  September 11, 2009

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    */s/ Gregory A. Long*
          GREGORY A. LONG

Attorneys for Plaintiff
PSI SYSTEMS, INC.