GRAVES LAW OFFICE, P.C.
Philip J. Graves, Esq. (SBN 153441)
pgraves@graveslawpc.com
Marjorie A. Witter, Esq. (SBN 250061)
mwitter@graveslawpc.com
Adrian Li, Esq. (SBN 261995)
ali@graveslawpc.com
12121 Wilshire Blvd., Suite 775
Los Angeles, California 90025
Telephone: (310) 295-6500
Facsimile: (310) 295-6501

Attorneys for Defendant and Counterclaimant
STAMPS.COM INC.

**DENIED**
BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PSI SYSTEMS, INC., a corporation,<br><br>    Plaintiff and Counterdefendant,<br><br>  v.<br><br>STAMPS.COM INC., a corporation,<br><br>    Defendant and Counterclaimant. | CASE NO. CV08-5233 ODW(CTx)<br><br>**[PROPOSED] ORDER ON DEFENDANT STAMPS.COM INC.'S *EX PARTE* APPLICATION FOR AN ORDER STAYING LITIGATION PENDING OUTCOME OF PREVIOUSLY FILED CASE** |
| AND RELATED COUNTERCLAIMS | |

---

[PROPOSED] ORDER ON DEFENDANT STAMPS.COM INC.'S *EX PARTE* APPLICATION FOR AN ORDER
STAYING LITIGATION PENDING OUTCOME OF PREVIOUSLY FILED CASE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

The Court, having reviewed the *ex parte* Application of Stamps.com Inc. ("Stamps.com") for an Order Staying Litigation, and finding good cause for the relief requested therein, hereby **GRANTS** the Application and **ORDERS** as follows:

*PSI Systems, Inc. v. Stamps.com Inc.*, CV08-5233 ODW(CTx), will be stayed pending conclusion of the trial schedule in *Stamps.com Inc. v. Endicia, Inc. et al*, CV06-7499 ODW(CTx).

IT IS SO ORDERED.

Dated: September 15, 2009

**DENIED**
BY ORDER OF THE COURT

Otis D. Wright II
United States District Court Judge

1
[PROPOSED] ORDER ON DEFENDANT STAMPS.COM INC.'S *EX PARTE* APPLICATION FOR AN ORDER STAYING LITIGATION PENDING OUTCOME OF PREVIOUSLY FILED CASE